ALICE SAMUEL et al., as Executors of EDMUND W. SAMUEL, Deceased, Respondents, *v.* EDGAR R. BASTRESS et al., as Executors of JOHN E. BASTRESS, Deceased, et al., Appellants.

(Argued May 18, 1931; decided June 9, 1931.)

*George L. Shearer, M'Cready Sykes* and *Sidney A. Clarkson* for appellants.

*Braaford Butler* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.